

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00136-CV

---

## IN THE INTEREST OF A.D. IV, C.D., G.D. AND A.D., CHILDREN

---

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 24-3597-393, Honorable Karen Alexander, Presiding

---

August 12, 2026

## MEMORANDUM OPINION

### Before DOSS and YARBROUGH and PRATT, JJ.

Appellant, Anthony DePasquale III, proceeding pro se, appeals from the trial court's *Order in Suit to Modify Parent-Child Relationship*.[1]  Appellant's brief was due July 13, 2026, but was not filed.  By letter of July 22, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by August 3, 2026.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP.
P. 38.8(a)(1), 42.3(b).

Per Curiam